## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL DALE ROBINSON | § | |
| | § | |
| v. | § | C.A. NO. C-05-058 |
| | § | |
| DOUG DRETKE, DIRECTOR, TEXAS | § | |
| DEPARTMENT OF CRIMINAL | § | |
| JUSTICE-INSTITUTIONAL DIVISION | § | |

### MEMORANDUM OPINION AND ORDER OF DISMISSAL

On September 28, 2005, the United States Magistrate Judge filed her Memorandum and Recommendation in this cause (D.E. 17).  Objections were timely filed (D.E. 19), but were without merit.  Having reviewed *de novo* the Magistrate Judge's Memorandum and Recommendation and the pleadings on file, this Court hereby adopts as its own the findings and conclusions of the Magistrate Judge.

Accordingly, respondent's Motion for Summary Judgment (D.E. 14) is granted and petitioner's cause of action for habeas corpus relief is dismissed as time-barred. Petitioner's request for a Certificate of Appealability is denied.

ORDERED this ___21___ day of ___December___, 2005.

_____
HAYDEN HEAD
CHIEF JUDGE