UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| MICHAEL DALE ROBINSON,<br>    Petitioner, | §<br>§<br>§ | |
| v. | § | C.A. NO. C-05-058 |
| | § | |
| DOUG DRETKE, DIRECTOR, TEXAS<br>DEPARTMENT OF CRIMINAL<br>JUSTICE-INSTITUTIONAL DIVISION,<br>    Respondent. | §<br>§<br>§ | |

**MEMORANDUM OPINION AND ORDER DENYING PETITONER'S MOTION FOR EXTENSION OF TIME AND FOR A CERTIFICATE OF APPEALABILITY**

On December 21, 2005 the Court adopted the Magistrate Judge's Memorandum and Recommendation (D.E. 17) and dismissed Robinson's § 2254 habeas petition (D.E. 20). Final judgment was entered the same day (D.E. 21). In the Court's order dismissing Robinson's habeas petition, the Court denied a certificate of appealability. Nevertheless, on January 17, 2006 Robinson filed a notice of appeal to the U.S. Court of Appeals for the Fifth Circuit (D.E. 24), and on January 30, 2006 Robinson filed a Motion for Extension of Time and for a Certificate of Appealability (D.E. 22).

An appeal may not be taken from a final order in a habeas corpus proceeding unless a circuit or district judge issues a certificate of appealability. Fed. R. App. P. 22(b)(1); 28 U.S.C. § 2253(c)(1)(a). This Court has already declined to issue a

certificate of appealability.  Therefore, Robinson's Motion for Extension of Time and for a Certificate of Appealability (D.E. 22) is DENIED as moot.

Ordered this  7  day of  April , 2006.

_____
HAYDEN HEAD
CHIEF JUDGE